**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____           │
│ DATE FILED: 01/06/2022           │
└─────────────────────────────────┘
```

*86 Chambers Street*
*New York, New York 10007*

January 5, 2022

┌──────────────────────────────────────────────┐
│ **APPLICATION GRANTED:** The Clerk of Court is │
│ directed to ,mail a copy of this endorsement to the Plaintiff. │
│                                                │
│ **APPLICATION GRANTED**                        │
│                                                │
│ *Katharine H. Parker*                          │
│ **Hon. Katharine H. Parker, U.S.M.J.**         │
│                                  **01/06/2022** │
└──────────────────────────────────────────────┘

BY ECF

Honorable Katharine H. Parker
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

Re: Katharine Taveras v. Comm'r of Soc. Sec.
    21 Civ. 5245 (KHP)

Dear Judge Parker:

Pursuant to the scheduling order in the above-referenced Social Security case, the government's brief is due January 7, 2022.  We write respectfully to request, with the consent of plaintiff, who is proceeding *pro se*, that the briefing schedule be adjourned for 60 days as follows:

Government's brief to be filed by March 8, 2022.
Plaintiff's response to be filed by May 9, 2022
Government's reply to be filed by May 31, 2022.

The reason for this request is the dramatic increase in the number of Social Security cases filed, resulting in 20 briefs due on the calendar of the undersigned between now and March 8, 2022. No prior adjournment of the briefing schedule has been requested in this case, although there was a delay in briefing due to plaintiff's lack of participation in the court's requirement that the parties engage in settlement discussions.

We appreciate the Court's consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:  _____s/_____

SUSAN D. BAIRD
Assistant United States Attorney
(212) 637-2713

cc: BY MAIL (no email or fax available)

Katharine Taveras
90 Laurel Hill Terrace, Apt. 6H
New York, NY 10033